## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1315                    Date of Oral Argument: 01/27/26

Caption: Gary Tederick v. Loancare, LLC

Attorney Arguing: Anthony J. Majestro

Arguing on Behalf of (party name):

 Appellant Gary Tederick, et al

Select party type:
  ☑Appellant  ☐Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
  →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
  →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Anthony J. Majestro
Phone Number (day of argument): 304-444-6082

Principal Argument Time:       15            Rebuttal Argument Time (if any):       5
(for appellants and appellees)                (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:                     Rebuttal Argument Time (if any):
(for appellants and appellees)                (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:                 Select one of the following:  ☐ Order allowing argument time
                                                              ☐ Court-Appointed Amicus

Signature: s/Anthony J. Majestro          Date: 12/02/25

12/01/2024 NA